AMOS A. McININCH, Appellant, v. MATILDA SCHALL et al.

**Division One, June 14, 1910.**

Appeal from Buchanan Circuit Court.—*Hon. C. A. Mosman,* Judge.

AFFIRMED.

VALLIANT, J.—The facts in this case are like those in the case of L. F. Hayes et al. v. Matilda Schall et al., just decided, and reported at page 114. For the reasons given in the opinion in that case the judgment in this is affirmed.

All concur.